**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

CLUCK-U CORPORATION          :   No. 791 MAL 2015

            v.                     :   Petition for Allowance of Appeal from
                                         :   the Order of the Superior Court

DOCSON CONSULTING, LLC.        :

PETITION OF: KEITH DOUGHERTY    :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 2nd day of February, 2016, the Petition for Allowance of Appeal is **DENIED**.

       Mr. Justice Eakin did not participate in the decision of this matter.